# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ALEKSANDR SELYUTIN,** | |
| **Plaintiff,** | **Case No. 1:18-cv-03951** |
| v. | **Hon. Judge Mary M. Rowland** |
| **AON PLC., AON SERVICE CORPORATION, UNKNOWN PEACE OFFICERS OF STATE OF ILLINOIS, UNKNOWN DEFENDANTS,** | **Magistrate Judge Maria Valdez** |
| **Defendants** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE AON DEFENDANTS

Aon PLC and Aon Service Corporation (the "Aon Defendants"), pursuant to this Court's May 7, 2021 Order granting their Motion to Enforce the Parties' Settlement Agreement [Dkt. 157], hereby stipulate that the above-captioned action should be dismissed with prejudice as to the Aon Defendants.

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice as to the Aon Defendants, with each party to bear its own fees and costs.

ENTER:

_____
MARY M. ROWLAND
UNITED STATES DISTRICT JUDGE

DATED: May 20, 2021

4837-3162-3402.1 / 026861-1145