ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

ALEKSANDR SELYUTIN,

Plaintiff,

v.

AON PLC., AON SERVICE CORPORATION,
UNKNOWN PEACE OFFICERS OF STATE OF
Illinois, UNKOWN DEFENDANTS,

Defendant(s).

Case No.  18-cv-03951
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒  other: The case is dimsissed because the court does not have jurisdiction over the remianing claims.

---

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland.

Date:  6/15/2021

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk